Argued and submitted December 23, 1996, reversed and remanded
January 22, 1997

JERROLD S. FLEMMING,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(96-03-27925; CA A93324)

931 P2d 100

Bob Pangburn argued the cause and filed the brief for appellant.

Stephanie L. Striffler, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reversed and remanded. *Meadows v. Schiedler*, 143 Or App 213, 924 P2d 314 (1996).